Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**.  See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.     Full Name And Prisoner Number of Plaintiff:  NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1.   Clifford Tulloch ICN# 67142

2.

-VS-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.  If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. ("Erie County Holding Center/Erie County")      4. ("Superintendent" - ("Thomas Diina)
2. ("Erie County Sheriff") ("Timothy Howard")     5. ("1ST Deputy Superintendent") ("Paul Evans")
3. ("Undersheriff") ("John Greenan)               6. ("1ST Deputy Superintendent") ("Philip Kuppel)

("Section Continued on Seperate Sheet of Paper)

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States.  This action is brought pursuant to 42 U.S.C. § 1983.  The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION  NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff:   Clifford Tulloch ICN# 67142

Present Place of Confinement & Address:   "Erie County Holding Center"; 40 Delaware AVE.;
Buffalo, N.Y. 14202

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

(Continued)     B.          (1. Caption of Action)

7. ("Lieutenant")-("Joseph Usinski")
8. ("Chief of Operations")-(Jeffrey Hartman)
9. ("Chairman"- New York State Commission of Corrections)"-(Allen Riley)

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Timothy Howard

(If applicable) Official Position of Defendant: Erie County Sheriff

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 10 Delaware AVE.; Buffalo, N.Y 14202
Erie County Holding Center - Erie County Sheriffs office.

Name of Defendant: John Greenan

(If applicable) Official Position of Defendant: UnderSheriff

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 10 Delaware AVE.; Buffalo, N.Y 14202
Erie County Holding Center - Erie County Sheriffs Office

Name of Defendant: Thomas Diina

(If applicable) Official Position of Defendant: Superintendent

(If applicable) Defendant is Sued in ✓ Individual and/or ✓ Official Capacity

Address of Defendant: 10 Delaware AVE.; Buffalo, N.Y 14202
Erie County Holding Center - Erie County Sheriffs office
(Section Continued on Seperate Sheet of paper)

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
Yes_____  No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

Plaintiff(s):_____

Defendant(s):_____
_____

2.    Court (if federal court, name the district; if state court, name the county):_____
_____

3.    Docket or Index Number:_____

4.    Name of Judge to whom case was assigned:_____

2

(Continued)

(3. Parties To This Action)

"Defendant's Information"

Name of Defendant: "Paul Evans"

(IF Applicable) Official Position of Defendant: "1st Deputy Superintendent"

(IF Applicable) Defendant is sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: "10 Delaware AVE.; Buffalo, N.Y 14202

"Erie County Holding Center - Erie County Sheriffs office

Name of Defendant: "Philip Kuppel"

(IF Applicable) Official Position of Defendant: "1st Deputy Superintendent"

(IF Applicable) Defendant is sued in __✓__ Individual and/or ____ Official Capacity

Address of Defendant: 10 Delaware AVE.; Buffalo, N.Y 14202

"Erie County Holding Center" - Erie County Sheriffs office

Name of Defendant: "Joseph Usinski"

(IF Applicable) Official Position of Defendant:

(IF Applicable) Defendant is sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: 10 Delaware AVE.; Buffalo, N.Y 14202

"Erie County Holding Center" - Erie County Sheriffs office

Name of Defendant: "Jeffrey Hartman"

(IF Applicable) Official Position of Defendant: "Chief of operations"

(IF Applicable) Defendant is sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: 10 Delaware AVE.; Buffalo, N.Y 14202

"Erie County Holding Center" - Erie County Sheriffs office

Name of Defendant: "Allen Riley"

(IF Applicable) Official Position of Defendant: "Chairman" - Citizens policy and Council Complaint Review

(IF Applicable) Defendant is sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: "New york State Commission of Correction"

"Citizens Policy and Complaint Review Council"

80 South Swan Street, 12th Floor

Albany, N.Y 12210

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes____  No____

            If not, give the approximate date it was resolved._____

        Disposition (check the statements which apply):

      ____ Dismissed (check the box which indicates why it was dismissed):

            ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
                  upon which relief can be granted;

            ____ By court for failure to exhaust administrative remedies;

            ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court
                  order;

            ____ By court due to your voluntary withdrawal of claim;

      ____ Judgment upon motion or after trial entered for

            ____ plaintiff

            ____ defendant.


**B.**      Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

        Yes____   No _✓_

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.      Name(s) of the parties to this other lawsuit:

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

2.      District Court:_____

3.      Docket Number:_____

4.      Name of District or Magistrate Judge to whom case was assigned:_____
        _____

5.      The approximate date the action was filed:_____

6.      What was the disposition of the case?

        Is it still pending?  Yes____  No____

            If not, give the approximate date it was resolved._____

Disposition (check the statements which apply):

____  <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____  By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____  By court for failure to exhaust administrative remedies;

    ____  By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____  By court due to your voluntary withdrawal of claim;

____  <u>Judgment</u> upon motion or after trial entered for

    ____  plaintiff

    ____  defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include <u>all</u> possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

**A. FIRST CLAIM:** On (date of the incident) Dec. 4th, 2020, — Present!

defendant (give the **name and position held** of **each defendant** involved in this incident) "Erie County Sheriff"-Timothy Howard; "Under Sheriff"- John Greenan; "Superintendent"- Thomas Diina; "1st Deputy Superintendent"- Paul Evans; 1st Deputy Superintendent - Philip Kuppel; "Lieutenant"- Joseph Usinski; "Chief of Operations"- Jeffrey Hartman; "Chairman"- Allen Riley did the following to me (briefly state what each defendant named above did): Denied me access to the use of a telephone on "Gulf East"- Keep-lock Unit. By refusing to install phones on this housing unit to Communicate with my family, And "Erie County Correctional Facility" in Alden, Ny has phones installed on these Keep-lock housing unit on Bravo for the inmates housed there to use while they are serving Keep-Lock time their; I am being denied the right to also keep open Communication with my attorney by phone as well, by this administration refusing to place phones on this housing unit at the "Erie County Holding Center", And I've been given 12 months to serve here.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Fourteenth Amendment, Due Process Clause, Equal Protection Clause; Sixth Amendment, right to Counsel; Eighth Amendment, Cruel and Unusual Punishment.

The relief I am seeking for this claim is (briefly state the relief sought): $150,000 and for the phones to be placed on Gulf East "Keep-Lock" housing unit at the "Erie County Holding Center".

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ____ No   If yes, what was the result? It was denied by the administration here at this facility.

Did you appeal that decision? ✓ Yes ____ No   If yes, what was the result? There was no response from the "Citizen's Policy and Complaint Review Council" in "Albany" in "45" business days. Attach copies of any documents that indicate that you have exhausted this claim.

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**A. SECOND CLAIM:** On (date of the incident) Dec. 4th, 2020 ——— present!

defendant (give the **name and position held** of **each defendant** involved in this incident) "Erie County Sheriff"- Timothy Howard; "Under Sheriff"- John Greenan; "Superintendent"- Thomas Diina; "1st Deputy Superintendent"- Paul Evans; 1st Deputy Superintendent"- Philip Kuppel; "Lieutenant"- Joseph Usinski; "Chief of Operations"- Jeffrey Hartman; "Chairman"- Allen Riley

did the following to me (briefly state what each defendant named above did): Denied me access to have a visit with my family and refused to install the video visitation kiosk machine on the housing unit I am on, which is "Gulf East"-keep-lock housing unit, and we are allowed to have visits here on this unit. And they have been given us four free "Video Visits to; substitute regular visitation, to each inmate in this facility, due to the Covid-19 pandemic. And I am being discriminated against here because, "Erie County Correctional Facility" provides the inmates housed there on "Keep-Lock" on "Bravo-unit," the video visitation kiosk so that inmates may recieve visitation from there families.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Fourteenth Amendment, Due Process Clause, Equal Protection Clause; Eighth Amendment, Cruel and Un-Usual Punishment

The relief I am seeking for this claim is (briefly state the relief sought): $150,000 and for the Video visitation kiosk to be placed on "Gulf East"-Keep-Lock housing unit at the "Erie County Holding Center".

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes ____ No  If yes, what was the result? It was denied by the administration here at this facility.

Did you appeal that decision? ✓ Yes ____ No  If yes, what was the result? There was no response or action taken from the "Citizen's Policy and Complaint Review Council, in Albany; in '45' business days.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

(Section Continued on Seperate Sheets of paper)

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

$300,000, and for the "phones" and "Video visitation Kiosk" Machine", to be placed on Gulf East-Keep-Lock housing unit, here at the "Erie County Holding Center"

Do you want a jury trial? Yes ✓ No____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 3rd, 2021___
(date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

DONALD INSALACO
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31. 20__ __

_____ # ICN 67142_____

_____

_____

Signature(s) of Plaintiff(s)

7

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

Facility: Erie County Holding Center

Housing Location: Gulf #38

Name of Inmate: Clifford Tulloch

Grievance #: ~~180~~ 2060-173

**Brief Description of the Grievance** *(Submitted by the grievant within 5 days of occurrence)*
Number of Sheets Attached ( 1 )

I am being deprived of "Visitation & the use of the phone" in Violation of my "due process" & "the equal protection" Clauses, which are Clauses in the 14th Amendment to the U.S. Constitution. I have a "equal" right just as every other inmate in this facility to be able to keep good Communication with my family, just as every other inmate here →

( Attachment )

**Action requested by the grievant** *(Submitted by the grievant within 5 days of occurrence):*
Number of Additional Sheets Attached ( )

I'm requesting that I be able to have access to "Video Visitation" & the "phone" on this housing Unit, like every other inmate in this facility & in every other County jail or State Prison in "New York State"

Grievant Signature: Clifford Tulloch

Date/Time Submitted: 12·17·20 / 10:30 Am.

Receiving Staff Signature: _____ Con

Date/Time Received: 12/17/20   1/00

---

Investigation Completed by: _____

Date Completed: _____

**Decision of the Grievance Coordinator**

Number of Sheets Attached ( )

*Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination*

☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
☐ Grievance Accepted
☒ Grievance Denied on Merits
☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

Please see attached

Signature of the Grievance Coordinator: Eastman

Date: 12/18/80

of this facility. I am Currently on "Gulf East", which is Keep-lock, here at the Holding Center. Where there is Currently no phone & no video visitation that I am suppose to have access to. Due to the Covid-19 pandemic we can not get regular physical visits, & the only way that we are able to get visits here are through "Video Visitation's". And Since I've been housed here on this unit, I've not been able to have the opportunity to recieve a video visitation or use the phone to let my family know how or when to set it up, which is very UnConstitute & unfair. This is the only housing Unit in this whole facility, that don't have regular access to these things. The health department throughout New York State, has made it So that in every S.H.U. or Keep-lock in every County & State prison, has access to a phone at least once a day & Video Visitation, due to the fact there are no regular visitation, & that it is a "mental health hazard", for an inmate to be left in Confinement on Keep-lock, without being able to keep in Contact with their family & friends. To be in this housing unit with out access to the phone & to be able to recieve "video visitation", is unfair & Unconstitutional, against me, & other inmates who also have to be housed here for a very long amounts of time. I am being denied access to means of keeping good Communication with my family, which is very depressing & emotionally scarring to any human being.

The "Equal Protection Clause is a guarantee Under the 14th Amendment to the U.S. Constitution that a state must treat an individual or Class of individual the same as it treats other individuals or Classes in like Circumstances. The Equal Protection "requirement" of the Constitution also protects against legislation that affects individuals differently without a rational basis for doing so. The "Due Process" Clause, is a "requirement" that laws & regulations must be related to a legitimate government interest & may not Contain provisions that result in the Unfair or arbitrary treatment of an individual. And for these Constitutional reasons, my rights are being violated in a Major way, & I am being treated Unfairly & deprived of the equal right to "Verbally" keep Communication with my family, on Keep-lock, with or "Video Visitation" or phone!, which is & Can be very mentally draining & can Cause Serious mental depression to an individual, being housed in a Unit under these Conditions.

# ERIE COUNTY SHERIFF'S OFFICE



# Grievance Response

**Grievance:**        **20G-173**

**Date:**        **12/18/2020**

I have reviewed and investigated your grievance, in which you allege that your constitutional rights are being violated because you are not permitted access to video visitation and personal telephone calls while you are in Disciplinary Segregation.

It is important for you to understand that the use of the inmate telephones is a privilege, extended to the general population.   Video Visitation, does not constitute "Inmate Visitation" as that term is defined by the New York State Commission of Correction. Rather, video visitation is a component of the inmate telephone service, which, as previously stated is a privilege extended to inmates in general population.

You have been restricted to disciplinary segregation and restricted from certain privileges, including access to the inmate telephones / video visitation, as a disciplinary sanction imposed after a Disciplinary Hearing conducted on December 4, 2020.

Pursuant to 9  CRR-NY7006.9(a) *"If the charges against the inmate are affirmed as a result of the hearing, one or more of the following sanctions may be imposed based upon the inmate's past record and the severity of the offense"…..(2) Loss of one or more specified privileges for a period consistent with the facility rules of inmate conduct for the particular offense(s).*

Your access to these privileges will be restored upon the completion of your disciplinary sentence and your return to general population.

Your grievance is **DENIED**.

Jeffrey Hartman
Chief of Operations

# ERIE COUNTY SHERIFF'S OFFICE



## JAIL MANAGEMENT DIVISION

12/18/2020

**TO:  Tulloch, Clifford  67142**

**RE: Grievance  20G-173        Date Grievance Submitted:    12/17/2020**

Please read the decision of the Grievance Coordinator

Choose to   accept   or     appeal    by checking the appropriate box

Sign the form.
Please keep your copy of the grievance.

You must return the signed form within two business days  by 12/22/2020              or
the grievance will be closed.

Thank you,



AFFIDAVIT OF SERVICE

State of New York
County of Erie
City of Buffalo

I, Clifford Tulloch #67142, being duly sworn, deposes and says

that on the 3rd day of March, 20 21, I forwarded via the

United States Postal Service copies of the following documents: _____

"Notice Letter" informing defendant of time expiration for response.

to the parties indicated below:

"Allen Riley" -"Chairman"
"Citizen's Policy & Complaint Review Council"
80 South Swan St., 12th FL.
Albany, N.Y 12210

_____ #67142
Defendant, Pro Se

Sworn to before me this

26 day of Feb, 20 21.

_____
NOTARY PUBLIC

**DONALD INSALACO**
**COMMISSIONER OF DEEDS**
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 20___

From: Clifford Tulloch # 67142          Date: Feb. 26th, 2021
E.C.H.C
40 Delaware AVE.
Buffalo, N.Y 14202

To: "Allen Riley - Chairman"
"Citizen's Policy & Complaint Review Counsel"
80 South Swan St., 12th Floor
Albany, N.Y 12210

Dear Mr. Riley,
        I am writing to you to inform you, that you are being
added as a "defendant" to a "42 U.S.C § 1983 - Civil Suit"; for
not responding or resolving the issues that was grieved by me on the
date of "Dec. 17th, 2020"; (Grievance # 20G-173) And was forwarded
via Secure data Transmission to this office or department, on the date
of "Dec. 23rd, 2020". You were suppose to render a decision within
"45" Business days, which is the proper time frame & policy. Grievance
(# 20G-173) was forwarded to your office or dept. On the day
of "Dec. 23rd, 2020" & "45" Business days are up on the day
of "March 1st, 2021". I have exhausted all of the appropriate remedies
that I am suppose to; that was required by me in order to file
a "42 U.S.C § 1983 - Civil Suit" in Federal Court, according to
("42 US.C § 1997e(a)"). I am taking this dept's Silience as a
denial of my grievance (# 20G-173), that was forwarded to this dept.
from the "Erie County Holding Center" - administration, & I move further
to exhaust my remedies in Federal Court in the "Western District of
New York", U.S. Courthouse.
        You have been notified, in a respectful & professional
manner, in accordance ("42 U.S.C § 1997e(a)") of Civil procedure.
Thank you for your time, & have a very blessed day.

                                Sincerely,
                                Clifford Tulloch # 67142
                                Clifford Tulloch # 67142

DONALD INSALACO
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31, 2021

# ERIE COUNTY SHERIFF'S OFFICE



## JAIL MANAGEMENT DIVISION

**Inmate's Name/No**   Clifford Tulloch        67142

**RE: Inmate Grievievance Number  20G-173**

   **Date Grievance Submitted:        12/17/2020**

This is to advise you that on this date, I forwarded your grievance to the Commission of Correction, Citizen's Policy  Complaint Review Council. The grievance and all pertinent information was forwarded via secure data transmission.  Upon receipt, the Review Council will review and consider your grievance and is supposed to render a decision within 45 business days.  You will receive direct written communication from the Review Council regarding the disposition of your grievance.

Chief Hartman

Grievance Coordinator

Date:        12/23/2020

# ERIE COUNTY SHERIFF'S OFFICE



## JAIL MANAGEMENT DIVISION

12/21/2020

**TO:  Tulloch, Clifford   67142**

**RE:  Grievance   20G-173      Date Grievance Submitted:      12/17/2020**

Please read the decision of the Chief Administrative Officer

Please check that you have read his decision, Then;

Check;

I agree to accept the decision, or:

I wish to appeal to the Citizen's Policy and Complaint Review Council

Sign the form.

Then you must return the form within business three days by   12/24/2020      or
the grievance will be closed.

Thank you,

AFFIDAVIT OF SERVICE

State of New York
County of Erie
City of Buffalo

I, _Clifford Tulloch #67142_ being duly sworn, deposes and says
that on the _3rd_ day of _March_, 20_21_, I forwarded via the
United States Postal Service copies of the following documents: Application to proceed
In forma pauperis "42 U.S.C $ 1983 -"Civil Suit"-Complaint form; Authorization form;
"Civil Cover Sheet".
to the parties indicated below:

"United States District Court, Clerk"
200 U.S. Courthouse
2 Niagara Square
Buffalo, NY 14202

_Clifford Tulloch #67142_
Defendant, Pro Se

Sworn to before me this
_26_ day of _Feb_, 20_21_.

_____
NOTARY PUBLIC

**DONALD INSALACO**
**COMMISSIONER OF DEEDS**
**In and For the City of Buffalo, Erie County, NY**
**My Commission Expires Dec. 31, 20_21_**

(Defendants Continued on Separate Sheet of Paper)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Clifford Tulloch ICN # 67142

**DEFENDANTS** Erie County Sheriff - Timothy Howard; Undersheriff - John Greenan; Superintendent - Thomas Diina; 1st Deputy Superintendent - Paul Evans; (Continued)

**(b)** County of Residence of First Listed Plaintiff "Erie County"
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Erie County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
"Pro Se" - Clifford Tulloch ICN # 67142
Erie County Holding Center, 40 Delaware Ave.
Buffalo NY 14202

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☒ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983, Civil Rights Action

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 300,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE March 3rd, 2021

SIGNATURE OF ATTORNEY OF RECORD
Clifford Tulloch - "Pro Se" ICN # 67142

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

("Civil Cover Sheet")

Defendants'-Continued

5. "1st Deputy Superintendent"- Philip Kuppel

6. "Lieutenant"- Joseph Usinski

7. "Chief of Operations"- Jeffrey Hartman

8. "Chairman - New York State Commission of Correction"- Allen Riley



CERTIFIED MAIL™

13 1090 0001 2713 5565

"Clifford Tulloch" #67142
"Erie County Holding Center"
40 Delaware Ave.
Buffalo, NY 14202

USPS - WDNY
MAR - 8 2021
BUFFALO

"Legal"

"Important Documents"

"United States District Court Clerk"
"200 U.S. Courthouse"
2 Niagara Square
Buffalo, NY 14202

No Funds were Enclosed

+7.45